| **United States Bankruptcy Court**<br>**District of Delaware** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Deb Shops, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if<br>more than one, state all):<br>**23-1395111** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more<br>than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**9401 Blue Grass Road<br>Philadelphia, PA**      **19114** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Philadelphia County** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>**See Schedule 1 attached hereto.** | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above<br>entities, check this box and state type of<br>entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign<br>☐ Chapter 9          Main Proceeding<br>☒ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign<br>☐ Chapter 12        Nonmain Proceeding<br>☐ Chapter 13 |

Type of Debtor continued: <u>Specialty Apparel Retailer</u>

Nature of Business continued:
<u>**Tax-Exempt Entity**</u><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
☐ Debts are primarily consumer
debts, defined in 11 U.S.C. §
101(8) as "incurred by an
individual primarily for a personal,
family, or household purpose."     ☒ Debts are primarily business
debts.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on
4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of
creditors, in accordance with 11 U.S.C. § 1126(B).

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee
except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for
the court's consideration. See Official Form 3B.

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE<br>ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors (Consolidated with affiliates)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (Consolidated with affiliates)

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities (Consolidated with affiliates)

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Deb Shops, Inc.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Schedule 2 attached hereto.** | Case Number: **See Schedule 2 attached hereto.** | Date Filed: **See Schedule 2 attached hereto.** |
| District: **District of Delaware** | Relationship: **Affiliates** | Judge: **Pending** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>**NOT APPLICABLE**<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>**NOT APPLICABLE**<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

**NOT APPLICABLE**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

**NOT APPLICABLE**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Deb Shops, Inc.** |

## Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
   Signature of Debtor

X_____
   Signature of Joint Debtor

_____
   Telephone Number (if not represented by attorney)

_____
   Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   Date

</td>
</tr>
<tr>
<td>

X_____
   Signature of Attorney for Debtor(s)

**Mark D. Collins (No. 2981)**     **Michael F. Walsh**
Printed Name of Attorney for Debtor(s)

**Richards, Layton & Finger, P.A.**   **Weil, Gotshal & Manges LLP**
Firm Name

**One Rodney Square, 920 North King St.**  **767 Fifth Avenue**
Address

**Wilmington, Delaware 19801**     **New York, New York 10153**

**(302) 651-7700**       **(212) 310-8000**
Telephone Number

**June 26, 2011**
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
   Signature of Authorized Individual

**Barry J. Susson**
Printed Name of Authorized Individual

**Senior Vice President and Chief Financial Officer**
Title of Authorized Individual

**June 26, 2011**
Date

</td>
<td>

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

x_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

## <u>Schedule 1 to Chapter 11 Petition</u>

On the date hereof, Deb Shops, Inc., a New Jersey corporation, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The principal assets of this debtor are not located in its principal place of business. Instead, the principal assets of this debtor can be found in the following locations:

| | | |
|---|---|---|
| DEPTFORD MALL<br>SPACE 2063<br>1750 DEPTFORD CENTER RD<br>DEPTFORD, NJ 08096-5200<br>(856) 848-6669 | CUMBERLAND MALL<br>B-6<br>3849 DELSEA DR<br>VINELAND, NJ 08360-7420<br>(856) 327-1730 | JERSEY GARDENS<br>SPACE 1450<br>1000 KAPKOWSKI RD<br>ELIZABETH, NJ 07201-2935<br>(908) 354-0691 |
| SHORE MALL<br>SPACE J-13<br>6725 BLACK HORSE PIKE<br>PLEASANTVILLE, NJ 08234-3904<br>(609) 646-7876 | QUAKER BRIDGE MALL<br>SPACE 14J<br>150 QUAKER BRIDGE MALL<br>LAWRENCEVILLE, NJ 08648-0001<br>(609) 716-6192 | CHERRY HILL MALL<br>SUITE 2020<br>2000 ROUTE 38<br>CHERRY HILL, NJ 08002-2171<br>(856) 663-3514 |
| ROCKAWAY TOWNSQUARE<br>SPACE 1088A<br>301 MT. HOPE AVENUE<br>ROCKAWAY, NJ 07866-2117<br>(973) 366-5437 | AUDUBON CROSSINGS<br>SUITE #210<br>130 BLACK HORSE PIKE<br>AUDUBON, NJ 08106-1900<br>(856) 546-0827 | PHILLIPSBURG MALL<br>SUITE 310<br>1200 HIGHWAY 22<br>PHILLIPSBURG, NJ 08865-4113<br>(908) 859-0306 |

## Schedule 2 to Chapter 11 Petition

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| DSI Holdings, Inc.<br>(Other Name Used In Past 8 Years: DSI Holdings, LLC) | 11-_____( ) | ____, 2011 |
| Deb Shops, Inc.[1] | 11-_____( ) | ____, 2011 |
| D.B. Interest, Inc. | 11-_____( ) | ____, 2011 |
| D.B. Know, Inc. | 11-_____( ) | ____, 2011 |
| Deb E-Commerce, Inc.<br>(Other Name Used In Past 8 Years: Deb Real Estate, Inc.) | 11-_____( ) | ____, 2011 |
| Deb Fashions of Florida, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Arkansas, Inc. | 11-_____( ) | ____, 2011 |
| Deb of California, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Colorado, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Connecticut, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Delaware, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Illinois, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Indiana, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Kansas, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Kentucky, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Maine, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Massachusetts, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Michigan, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Montana, Inc. | 11-_____( ) | ____, 2011 |
| Deb of Nebraska, Inc. | 11-_____( ) | ____, 2011 |

---

[1] There are two debtor entities named "Deb Shops, Inc.," one incorporated in the State of Pennsylvania, and the other incorporated in the State of New Jersey. This entity is incorporated in the State of Pennsylvania and holds federal tax identification number 23-1913593.

| COMPANY | CASE NUMBER | DATE FILED |
|---|---|---|
| Deb of New Hampshire, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of New Jersey, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of New Mexico, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of New York, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of North Dakota, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Oregon, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Pennsylvania, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Rhode Island, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of South Carolina, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of South Dakota, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Tennessee, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Texas, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Utah, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Vermont, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Virginia, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Washington, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of West Virginia, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Wisconsin, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb of Wyoming, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops, Inc.[2] | 11-_____ ( ) | ____, 2011 |
| Deb Shops of Alabama, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops of Arizona, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops of Georgia, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops of Idaho, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops of Iowa, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops of Louisiana, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops of Maryland, Inc. | 11-_____ ( ) | ____, 2011 |

[2] This entity is incorporated in the State of New Jersey and holds federal tax identification number 23-1395111.

| COMPANY | CASE NUMBER | DATE FILED |
|---------|-------------|------------|
| Deb Shops of Minnesota, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops of Missouri, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops of North Carolina, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops of Ohio, Inc. | 11-_____ ( ) | ____, 2011 |
| Deb Shops of Oklahoma, Inc. | 11-_____ ( ) | ____, 2011 |
| Joy Shops, Inc.[3] | 11-_____ ( ) | ____, 2011 |
| Joy Shops, Inc.[4] | 11-_____ ( ) | ____, 2011 |
| Tops 'N Bottoms of New York, Inc. | 11-_____ ( ) | ____, 2011 |
| D.B. Royalty, Inc. | 11-_____ ( ) | ____, 2011 |

---

[3] There are two debtor entities named "Joy Shops, Inc.," one incorporated in the State of Delaware, and the other in the State of Pennsylvania. This entity is incorporated in the State of Delaware and holds federal tax identification number 51-0272438.

[4] This entity is incorporated in the State of Pennsylvania and holds federal tax identification number 23-2231667.

# CERTIFICATE OF RESOLUTIONS

I, Barry J. Susson, a duly authorized officer of DSI Holdings, Inc., a Delaware corporation, and each of the companies set forth on <u>Schedule A</u> hereto (the "<u>Companies</u>"), hereby certify that at a joint special meeting of the Board of Directors (the "<u>Board</u>") of the Companies duly called and held on June 24, 2011, the following resolutions were adopted in accordance with the requirements of the applicable law and the constitutive documents of the Companies, and that these resolutions have not been modified or rescinded and are still in full force and effect as of the current date.

## Filing of Bankruptcy Petition

**RESOLVED**, that the Board, and the board of directors of each of the Companies, has determined based upon current events and after consultation with counsel and a financial advisor, that it is desirable and in the best interests of each of the Companies, their creditors, employees, and other interested parties that a petition be filed by each Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>");

**FURTHER RESOLVED**, that a petition under chapter 11 of the Bankruptcy Code ("<u>Chapter 11</u>") shall be filed on behalf of each of the Companies by the President, Chief Executive Officer, Chief Financial Officer, Vice President, Assistant Secretary, and Treasurer of each of the Companies and any other person designated and so authorized to act by the aforementioned officers (each such officer or designee being an "<u>Authorized Person</u>"), or any Authorized Person acting singly, and the same is hereby authorized and approved in all respects, and each Authorized Person is hereby authorized, directed and empowered, on behalf of and in the name of each Company, as applicable, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware or such other federal court of competent jurisdiction that such Authorized Person shall deem necessary, appropriate or desirable (the "<u>Bankruptcy Court</u>");

**FURTHER RESOLVED**, that each Authorized Person is hereby authorized, directed and empowered, on behalf of and in the name of each Company, as applicable, to negotiate, execute and file cash collateral, bid procedure and critical vendor motions and related orders substantially in accordance with the terms outlined to the Board and on such other terms and conditions that such Authorized Person may consider necessary, appropriate or desirable; and

**FURTHER RESOLVED**, that each Authorized Person is hereby authorized, directed and empowered to execute, verify and/or file, or cause to be executed, verified and/or filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, pleadings, lists, statements of financial affairs and other papers and to take any and all actions that such Authorized Person shall deem necessary, appropriate or desirable in connection with the proceedings under the Bankruptcy Code.

## Agreement Regarding Credit Bid

**RESOLVED**, that in connection with the Chapter 11 case, (a) the Board authorizes and approves the execution, delivery and performance of an agreement regarding credit bid (the "Credit Bid Agreement"), substantially on the terms of the draft agreement regarding credit bid which has been provided to the Board and with such changes thereto as the Authorized Persons executing the same shall approve, and other agreements, consents, certificates, amendments, and instruments in connection therewith (together with the Credit Bid Agreement, the "Credit Bid Documents"), and (b) any Authorized Person be, and hereby is, authorized and empowered, in the name and on behalf of each Company, to negotiate, execute, deliver, and perform or cause the performance of the Credit Bid Documents, as such Authorized Person executing the same considers necessary, appropriate, proper, or desirable to effectuate the transactions contemplated by the Credit Bid Documents and other arrangements necessary, appropriate, proper, or desirable in the interest of each Company in connection with the Chapter 11 case, such determination to be conclusively evidenced by such execution or taking of such action.

## DIP Credit Agreement

**RESOLVED**, that in connection with the Chapter 11 case, (a) the Board authorizes and approves (i) the execution, delivery and performance of a debtor-in-possession credit agreement (the "Credit Agreement"), substantially on the terms of the draft credit agreement which has been provided to the Board and with such changes thereto as the Authorized Persons executing the same shall approve, and any security agreements, guarantee agreements, other agreements, notes, consents, certificates, amendments, assignments and instruments in connection therewith (the "Credit Documents" and together with the Credit Agreement, the "Financing Documents"), (ii) the granting of a security interest in any assets of each Company as collateral and/or the guaranty of the obligations of the debtors under the Credit Agreement, and (iii) any transactions effected or to be effected pursuant to the terms and provisions of the Financing Documents, and (b) any Authorized Person be, and hereby is, authorized and empowered, in the name and on behalf of each Company, to negotiate, execute, deliver, and perform or cause the performance of the Financing Documents, as such Authorized Person executing the same considers necessary, appropriate, proper, or desirable to effectuate the transactions contemplated by the Financing Documents and other financing arrangements necessary, appropriate, proper, or desirable in the interest of each Company in connection with the Chapter 11 case, such determination to be conclusively evidenced by such execution or taking of such action.

## Asset Purchase Agreement

**RESOLVED**, that in connection with the Chapter 11 case, (a) the Board authorizes and approves the execution, delivery and performance of an asset purchase agreement (the "Asset Purchase Agreement"), substantially on the terms of the draft asset purchase agreement which has been provided to the Board and with such changes thereto as the Authorized Persons executing the same shall approve, and any other agreements,

consents, certificates, amendments, assignments and instruments in connection therewith (together with the Asset Purchase Agreement, the "Purchase Documents"), and (b) any Authorized Person be, and hereby is, authorized and empowered, in the name and on behalf of each Company, to negotiate, execute, deliver, and perform or cause the performance of the Purchase Documents, as such Authorized Person executing the same considers necessary, appropriate, proper, or desirable to effectuate the transactions contemplated by the Purchase Documents and other arrangements necessary, appropriate, proper, or desirable in the interest of each Company in connection with the Chapter 11 case, such determination to be conclusively evidenced by such execution or taking of such action.

## Appointment of Professionals

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP be, and hereby is, employed as co-counsel for each of the Companies in connection with the commencement and maintaining of such proceedings and any other matters in connection therewith, and each Authorized Person is hereby authorized, directed and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Weil, Gotshal & Manges LLP;

**FURTHER RESOLVED**, that the law firm of Richards, Layton & Finger, P.A. be, and hereby is, employed as co-counsel for each of the Companies in connection with the commencement and maintaining of such proceedings and any other matters in connection therewith, and each Authorized Person is hereby authorized, directed and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Richards, Layton & Finger, P.A.;

**FURTHER RESOLVED**, that the firm of Rothschild, Inc. be, and hereby is, employed to provide investment banking, financial and restructuring services for each of the Companies in the Chapter 11 Case, and any other matters in connection therewith, and each Authorized Person is hereby authorized, directed and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Rothschild, Inc.;

**FURTHER RESOLVED**, that Kurtzman Carson Consultants LLC be, and hereby is, employed as claims and noticing agent for each of the Companies in the Chapter 11 Case, and any other matters in connection therewith, and each Authorized Person is hereby authorized, directed and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Kurtzman Carson Consultants LLC;

**FURTHER RESOLVED**, that each Authorized Person is hereby authorized, directed and empowered, on behalf of and in the name of, each Company, as applicable, to retain and employ such attorneys, investment bankers, accountants, restructuring professionals, experts, advisors and other professionals to assist in the Chapter 11 case on such terms as are deemed necessary, appropriate or desirable; and

**FURTHER RESOLVED**, that the Authorized Persons and any employees, agents, attorneys, investment bankers, accountants, advisors and other professionals designated by or directed by any such Authorized Persons, be, and each hereby is, authorized, directed and empowered on behalf of, and in the name of, each Company, as applicable, to cause each Company and such of their affiliates as management deems appropriate to file such other authorized agreements, instruments and documents as may be necessary, appropriate or desirable in connection with the Chapter 11 case and to make such authorized motions and other filings with the Bankruptcy Court, and do all other things, as may be or become necessary, appropriate or desirable for the successful prosecution of the case.

## General Authorization; Additional Resolutions

**RESOLVED**, that, consistent with the foregoing resolutions, each Authorized Person is hereby authorized, directed and empowered, in such Authorized Person's discretion, on behalf of and in the name of each Company, as applicable, to (i) prepare, execute and deliver or cause to be prepared, executed and delivered, and where necessary, appropriate or desirable, file or cause to be filed with the appropriate governmental authorities, all other agreements, instruments and documents, including but not limited to all certificates, contracts, bonds, receipts or other papers, (ii) incur and pay or cause to be paid all fees, expenses and taxes, including without limitation, legal fees and expenses, (iii) engage such persons as such Authorized Person shall in his judgment determine to be necessary, appropriate or desirable, and (iv) do any and all other acts and things as such Authorized Person deems necessary, appropriate or desirable to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby (and the doing of any such act or thing shall be conclusive evidence that the same is deemed necessary, appropriate or desirable); and

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken in the name and on behalf of each Company, as applicable, by the Board, any Authorized Person or any employee, agent, attorney, investment banker, accountant, advisor or other professional designated by or directed by the Board or any Authorized Person in connection with or related to the matters set forth in or contemplated by the foregoing resolutions be, and they hereby are, adopted, confirmed, approved and ratified in all respects as the acts and deeds of each Company, as applicable.

IN WITNESS WHEREOF, I have set my hand this 26th day of June, 2011.


By: _____
     Barry J. Susson
Title:    Assistant Treasurer of DSI Holdings, Inc.
          Senior Vice President and Chief Financial
          Officer of other Companies (except for DSI
          Holdings, Inc.)

## Schedule A

1. DSI Holdings, Inc.
2. Deb Shops, Inc. (PA)
3. D.B. Interest, Inc.
4. D.B. Know, Inc.
5. Deb E-Commerce, Inc.
6. Deb Fashions of Florida, Inc.
7. Deb of Arkansas, Inc.
8. Deb of California, Inc.
9. Deb of Colorado, Inc.
10. Deb of Connecticut, Inc.
11. Deb of Delaware, Inc.
12. Deb of Illinois, Inc.
13. Deb of Indiana, Inc.
14. Deb of Kansas, Inc.
15. Deb of Kentucky, Inc.
16. Deb of Maine, Inc.
17. Deb of Massachusetts, Inc.
18. Deb of Michigan, Inc.
19. Deb of Montana, Inc.
20. Deb of Nebraska, Inc.
21. Deb of New Hampshire, Inc.
22. Deb of New Jersey, Inc.
23. Deb of New Mexico, Inc.
24. Deb of New York, Inc.
25. Deb of North Dakota, Inc.
26. Deb of Oregon, Inc.
27. Deb of Pennsylvania, Inc.
28. Deb of Rhode Island, Inc.
29. Deb of South Carolina, Inc.
30. Deb of South Dakota, Inc.
31. Deb of Tennessee, Inc.
32. Deb of Texas, Inc.
33. Deb of Utah, Inc.
34. Deb of Vermont, Inc.
35. Deb of Virginia, Inc.
36. Deb of Washington, Inc.
37. Deb of West Virginia, Inc.
38. Deb of Wisconsin, Inc.
39. Deb of Wyoming, Inc.
40. Deb Shops, Inc. (NJ)
41. Deb Shops of Alabama, Inc.
42. Deb Shops of Arizona, Inc.
43. Deb Shops of Georgia, Inc.
44. Deb Shops of Idaho, Inc.
45. Deb Shops of Iowa, Inc.
46. Deb Shops of Louisiana, Inc.
47. Deb Shops of Maryland, Inc.
48. Deb Shops of Minnesota, Inc.
49. Deb Shops of Missouri, Inc.
50. Deb Shops of North Carolina, Inc.
51. Deb Shops of Ohio, Inc.
52. Deb Shops of Oklahoma, Inc.
53. Joy Shops, Inc. (DE)
54. Joy Shops, Inc. (PA)
55. Tops 'N Bottoms of New York, Inc.
56. D.B. Royalty, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
                                                 :
In re                                            :     Chapter 11
                                                 :
DEB SHOPS, INC.,[1]                              :     Case No. 11-_____ (___)
                                                 :
        Debtor.                                  :     (Joint Administration Requested)
                                                 :
-------------------------------------------------x
```

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the thirty (30) largest unsecured claims against the above-captioned Debtor and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), all of which simultaneously have commenced chapter 11 cases in this Court. The list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Estimated amount of claim as of June 18, 2011 (if secured, also state value of security) |
|---|---|---|---|---|
| HBK Capital Management 2101 Cedar Springs Road Suite 700 Dallas, TX 75201 | Mark Schachter HBK 2101 Cedar Springs Road Suite 700 Dallas, TX 75201 T: (214) 758-6531 F: (214) 979-8331 | Loan | | $28,975,941.42 |

---

[1] This entity is incorporated in the State of New Jersey and holds federal tax identification number 23-1395111.

[2] All claims are subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments, which are not reflected on this list.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Estimated amount of claim as of June 18, 2011 (if secured, also state value of security) |
|---|---|---|---|---|
| UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | Ed Firch<br>UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001<br>T: (800) 811-1648<br>F: (215) 389-9116 | Trade Debt | | $180,000.00 |
| Finesse Lady's Apparel<br>1025 S. Stanford Ave.<br>Los Angeles, CA 90021 | Stacy Han<br>Finesse Lady's Apparel<br>1025 S. Stanford Ave.<br>Los Angeles, CA 90021<br>T: (213) 747-7077<br>F: (213) 747-2776 | Trade Debt | | $170,906.35 |
| Goodman Factors<br>PO Box 29647<br>Dallas, TX 75220-9647 | Sue Duke<br>Goodman Factors<br>PO Box 29647<br>Dallas, TX 75220-9647<br>T: (972) 241-3297 x216<br>F: (972) 241-2506 | Trade Debt | | $110,924.42 |
| Belinda<br>1138 S. Crocker Street<br>Los Angeles, CA 90021 | Bebe Anna<br>Belinda<br>1138 S. Crocker Street<br>Los Angeles, CA 90021<br>T: (213) 748-0040<br>F: (213) 748-0042 | Trade Debt | | $101,053.43 |
| S Walter Packaging Corp.<br>PO Box 824266<br>Philadelphia, PA 19182-4266 | Accounts Receivable Department<br>S Walter Packaging Corp.<br>PO Box 824266<br>Philadelphia, PA 19182-4266<br>T: (215) 676-8888<br>F: (215) 698-7119 | Trade Debt | | $69,634.00 |
| Hana Financial, Inc.<br>1000 Wilshire Boulevard<br>20th Floor<br>Los Angeles, CA 90017 | George Talavera<br>Hana Financial, Inc.<br>1000 Wilshire Boulevard<br>20th Floor<br>Los Angeles, CA 90017<br>T: (213) 977-7247<br>F: (213) 228-1166 | Trade Debt | | $58,679.61 |
| Prime Business Credit Inc.<br>1055 W. 7th St.<br>Suite 2200<br>Los Angeles, CA 90017 | Gary Stein<br>Prime Business Credit Inc.<br>1055 W. 7th St.<br>Suite 2200<br>Los Angeles, CA 90017<br>T: (213) 488-6429<br>F: (213) 488-1577;<br>    (213) 488-6450 | Trade Debt | | $55,426.86 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Estimated amount of claim as of June 18, 2011 (if secured, also state value of security) |
|---|---|---|---|---|
| Crescendo Apparel, Inc. 1617 McGarry Street Los Angeles, CA 90021 | Alex Kim Crescendo Apparel, Inc. 1617 McGarry Street Los Angeles, CA 90021 T: (213) 745-7524 F: (213) 745-7538 | Trade Debt | | $51,552.59 |
| Ambiance Apparel 2465 E. 23rd St. Los Angeles, CA 90058 | Jackie Noh Ambiance Apparel 2465 E. 23rd St. Los Angeles, CA 90058 T: (323) 587-0007 F: (323) 835-0278 | Trade Debt | | $50,982.97 |
| Capital Factors, Inc. 1700 Broadway, 19th Floor New York, NY 10019 | Dave Conley Capital Factors, Inc. 1700 Broadway, 19th Floor New York, NY 10019 T: (212) 887-7932 F: (212) 887-7970 | Trade Debt | | $41,223.05 |
| Beauty Group LLC 10 West 33rd Street New York, NY 10001 | Sarah Anzroot Beauty Group LLC 10 West 33rd Street New York, NY 10001 T: (212) 216-0901 F: (212) 216-9376 | Trade Debt | | $39,383.51 |
| Mint, Inc. 1650 S. Mateo St. Los Angeles, CA 90021 | Ann Yi Mint, Inc. 1650 S. Mateo St. Los Angeles, CA 90021 T: (213) 629-5125 F: (213) 629-5133 | Trade Debt | | $37,650.10 |
| Scorpio Accessories PO BOX 7268 Warwick, RI 02887 | John Martin Scorpio Accessories PO BOX 7268 Warwick, RI 02887 T: (401) 732-1333 F: (401) 736-2139 | Trade Debt | | $36,063.00 |
| Tekmark Global Solutions LLC PO Box 822468 Philadelphia, PA 19182-2468 | Louis Matino Tekmark Global Solutions LLC PO Box 822468 Philadelphia, PA 19182-2468 T: (732) 572-5400 F: (732) 572-7117 | Trade Debt | | $34,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Estimated amount of claim as of June 18, 2011 (if secured, also state value of security) |
|---|---|---|---|---|
| Legend Footwear, Inc. 19445 E Walnut Dr. N Walnut, CA 91789-2813 | Craig Ertrachter Legend Footwear, Inc. 19445 E Walnut Dr. N City of Industry, CA 91789-2813 T: (626) 934-7168 F: (626) 934-7268 | Trade Debt | | $33,863.70 |
| Enticing Lingerie, Inc. PO BOX 230224 Brooklyn, NY 11223 | David Gindi Enticing Lingerie, Inc. PO BOX 230224 Brooklyn, NY 11223 T: (718) 998-8625 F: (718) 998-0945 | Trade Debt | | $32,778.30 |
| SK Apparel 3653 Sierra Pine Ave. Vernon, CA 90058 | Diane Waters SK Apparel 3653 Sierra Pine Ave. Vernon, CA 90058 T: (212) 221-0333 F: (323) 266-0600 | Trade Debt | | $30,987.00 |
| Golden West Footwear, Inc. 16750 Chestnut St. City of Industry, CA 91748 | Henry Pang Golden West Footwear, Inc. 16750 Chestnut St. City of Industry, CA 91748 T: (626) 968-3282 x216 F: (626) 854-6193 | Trade Debt | | $30,126.00 |
| Cherry Stix Ltd. 1407 Broadway, Suite 1503 New York, NY 10018 | Gary Freudenberger Cherry Stix Ltd. 1407 Broadway, Suite 1503 New York, NY 10018 T: (212) 221-5100 x0211 F: (212) 221-6551 | Trade Debt | | $27,528.56 |
| XCENT 7900 Radcliffe Street Bristol, PA 19007 | William Butler XCENT 7900 Radcliffe Street Bristol, PA 19007 T: (215) 269-6500 F: (215) 269-6505 | Trade Debt | | $25,000.00 |
| Sky Fashions, Inc. 300 East 34th Street New York, NY 10016 | Seymour Gavin Sky Fashions, Inc. 300 East 34th Street New York, NY 10016 T: (212) 532-1323 F: (212) 213-5774 | Trade Debt | | $21,366.00 |
| Blue Cross Beauty Product 12251 Montague Street Pacoima, CA 91331 | Rose Madrano Blue Cross Beauty Product 12251 Montague Street Pacoima, CA 91331 T: (213) 629-8340 F: (818) 899-6420 | Trade Debt | | $20,250.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff² | Estimated amount of claim as of June 18, 2011 (if secured, also state value of security) |
|---|---|---|---|---|
| Galleria International IN One Mall Drive Cherry Hill, NJ 08002 | Bill Rodgers Galleria International IN One Mall Drive Cherry Hill, NJ 08002 T: (856) 667-5900 F: (856) 667-6566 | Trade Debt | | $19,840.80 |
| Orion Fashion Inc. 48 West 38th St. New York, NY 10018 | Maryanne Travota Orion Fashion Inc. 48 West 38th St. New York, NY 10018 T: (212) 563-5420 F: (212) 594-8473 | Trade Debt | | $19,182.90 |
| Pacific Logistics Corp. 5600 Knott Ave. Buena Park, CA 90621 | Doug Hockersmith Pacific Logistics Corp. 5600 Knott Ave. Buena Park, CA 90621 T: (877) 422-4752 F: 562-809-0413 | Trade Debt | | $19,000.00 |
| Amici Accessories Ltd. 39 West 37th St. New York, NY 10018 | Orly Menachem Amici Accessories Ltd. 39 West 37th St. New York, NY 10018 T: (212) 268-5570 F: (212) 268-1064 | Trade Debt | | $17,298.00 |
| One Step Up 1412 Broadway New York, NY 10018 | Barri Janow One Step Up 1412 Broadway New York, NY 10018 T: (212) 398-1110 F (212) 819-1933 | Trade Debt | | $16,650.00 |
| Mayland Inc. Korea Business Center Room Number 1101 Seoul, Korea | Adriane Weinfeld Mayland Inc. Korea Business Center Room Number 1101 Seoul, Korea T: 610-667-7767 F: 610-677-9091 | Trade Debt | | $15,417.80 |
| Dynamic Express 125 Pennsylvania Avenue South Kearny, NJ 07032 | Charles Romano Dynamic Express 125 Pennsylvania Avenue South Kearny, NJ 07032T: T: (973) 344-6300x0308 F: 973-344-3173 | Trade Debt | | $15,000.00 |

## DECLARATION CONCERNING CONSOLIDATED
## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of Deb Shops, Inc., a New Jersey corporation, and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims against the Debtors on a consolidated basis, and that the list is true and correct to the best of my information and belief.

Dated: June 26, 2011

By:    Barry J. Susson
Title:  Senior Vice President and
        Chief Financial Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                                       :
In re                                                  :        Chapter 11
                                                       :
DEB SHOPS, INC.,[1]                                    :        Case No. 11-_____ (___)
                                                       :
            Debtor.                                    :        (Joint Administration Requested)
                                                       :
-------------------------------------------------------x
```

## LIST OF CREDITORS

The Debtor and its debtor affiliates, as debtors and debtors in possession
(collectively, the "Debtors"), have filed a consolidated list of creditors (the "Creditor Matrix")
pursuant to sections 105(a), 342(a) and 521(a)(1) of title 11 of the United States Code, Rules
1007(a)(1) and 2002 (a), (f), and (l) of the Federal Rules of Bankruptcy Procedure, and Rule
1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy
Court for the District of Delaware. Because of the voluminous nature of the Creditor Matrix, the
Creditor Matrix was only filed in the lead case of DSI Holdings, Inc., filed contemporaneously
herewith.

---

[1] This entity is incorporated in the State of New Jersey and holds federal tax identification number 23-1395111.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                    :
In re                               :      Chapter 11
                                    :
DEB SHOPS, INC.,[1]                 :      Case No. 11-_____  (___)
                                    :
            Debtor.                 :      (Joint Administration Requested)
                                    :
------------------------------------------------------------x
```

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| Deb Shops, Inc.[2]<br>9401 Blue Grass Road<br>Philadelphia, PA 19114 | Capital Stock | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Deb Shops, Inc., a New Jersey corporation, named as the debtor in this case, declare under penalty of perjury that I have reviewed the "List of Equity Security Holders Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure" and that it is true and correct to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers.

Dated: June 26, 2011

_____
By:    Barry J. Susson
Title:  Senior Vice President and
        Chief Financial Officer

---

[1] This entity is incorporated in the State of New Jersey and holds federal tax identification number 23-1395111.

[2] This entity is incorporated in the State of Pennsylvania and holds federal tax identification number 23-1913593.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
DSI HOLDINGS, INC.,                       :    Case No. 11– _____ (    )
                                          :
        Debtor.                           :
                                          :
Tax I.D. No. 51-0649441                   :
------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
DEB SHOPS, INC.,¹                         :    Case No. 11– _____ (    )
                                          :
        Debtor.                           :
                                          :
Tax I.D. No. 23-1913593                   :
------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
D.B. INTEREST, INC.,                      :    Case No. 11– _____ (    )
                                          :
        Debtor.                           :
                                          :
Tax I.D. No. 23-2414614                   :
------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
D.B. KNOW, INC.,                          :    Case No. 11– _____ (    )
                                          :
        Debtor.                           :
                                          :
Tax I.D. No. 51-0348233 (Inactive)        :
------------------------------------------x
```

---

[1] There are two debtor entities named "Deb Shops, Inc.," one incorporated in the State of Pennsylvania, and the other in the State of New Jersey. This entity is incorporated in the State of Pennsylvania and holds federal tax identification number 23-1913593 ("Deb Shops, Inc. (PA)").

```
---------------------------------------------x
                                             :
In re                                        :     Chapter 11
                                             :
DEB E-COMMERCE, INC.,                        :     Case No. 11– _____ (    )
                                             :
            Debtor.                          :
                                             :
Tax I.D. No. 7792-501-PA, 23-2846948         :
---------------------------------------------x
                                             :
In re                                        :     Chapter 11
                                             :
DEB FASHIONS OF FLORIDA, INC.,               :     Case No. 11– _____ (    )
                                             :
            Debtor.                          :
                                             :
Tax I.D. No. 59-2738789 (Inactive)           :
---------------------------------------------x
                                             :
In re                                        :     Chapter 11
                                             :
DEB OF ARKANSAS, INC.,                       :     Case No. 11– _____ (    )
                                             :
            Debtor.                          :
                                             :
Tax I.D. No. 52-1439052                      :
---------------------------------------------x
                                             :
In re                                        :     Chapter 11
                                             :
DEB OF CALIFORNIA, INC.,                     :     Case No. 11– _____ (    )
                                             :
            Debtor.                          :
                                             :
Tax I.D. No. 23-2546639                      :
---------------------------------------------x
                                             :
In re                                        :     Chapter 11
                                             :
DEB OF COLORADO, INC.,                       :     Case No. 11– _____ (    )
                                             :
            Debtor.                          :
                                             :
Tax I.D. No. 52-1439078                      :
---------------------------------------------x
```

```
------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
DEB OF CONNECTICUT, INC.,                        :       Case No. 11– _____ (   )
                                                :
              Debtor.                           :
                                                :
Tax I.D. No. 06-1158275                          :
------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
DEB OF DELAWARE, INC.,                           :       Case No. 11– _____ (   )
                                                :
              Debtor.                           :
                                                :
Tax I.D. No. 51-0290500                          :
------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
DEB OF ILLINOIS, INC.,                           :       Case No. 11– _____ (   )
                                                :
              Debtor.                           :
                                                :
Tax I.D. No. 36-3414715                          :
------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
DEB OF INDIANA, INC.,                            :       Case No. 11-- _____ (   )
                                                :
              Debtor.                           :
                                                :
Tax I.D. No. 35-1663302                          :
------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
DEB OF KANSAS, INC.,                             :       Case No. 11– _____ (   )
                                                :
              Debtor.                           :
                                                :
Tax I.D. No. 52-1438774                          :
------------------------------------------------x
```

US_ACTIVE:\43692359\05\40517.0004

```
------------------------------------------------x
In re                                           :      Chapter 11
                                                :
DEB OF KENTUCKY, INC.,                          :      Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 52-1439046                         :
------------------------------------------------x
In re                                           :      Chapter 11
                                                :
DEB OF MAINE, INC.,                             :      Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 52-1439086                         :
------------------------------------------------x
In re                                           :      Chapter 11
                                                :
DEB OF MASSACHUSETTS, INC.,                     :      Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 04-2901387                         :
------------------------------------------------x
In re                                           :      Chapter 11
                                                :
DEB OF MICHIGAN, INC.,                          :      Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 38-2645454                         :
------------------------------------------------x
In re                                           :      Chapter 11
                                                :
DEB OF MONTANA, INC.,                           :      Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 54-2191019                         :
------------------------------------------------x
```

```
------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
DEB OF NEBRASKA, INC.,                          :        Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 93-0910655                         :
------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
DEB OF NEW HAMPSHIRE, INC.,                      :        Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 02-0395651                         :
------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
DEB OF NEW JERSEY, INC.,                         :        Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 27-0408875 (Inactive)              :
------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
DEB OF NEW MEXICO, INC.,                         :        Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 23-2662538                         :
------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
DEB OF NEW YORK, INC.,                           :        Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 22-2673898                         :
------------------------------------------------x
```

US_ACTIVE:\43692359\05\40517.0004

```
-----------------------------------------x
In re                                    :        Chapter 11
                                         :
DEB OF NORTH DAKOTA, INC.,               :        Case No. 11– _____ (    )
                                         :
          Debtor.                        :
                                         :
Tax I.D. No. 23-2546640                  :
-----------------------------------------x
In re                                    :        Chapter 11
                                         :
DEB OF OREGON, INC.,                     :        Case No. 11– _____ (    )
                                         :
          Debtor.                        :
                                         :
Tax I.D. No. 23-2563731                  :
-----------------------------------------x
In re                                    :        Chapter 11
                                         :
DEB OF PENNSYLVANIA, INC.,               :        Case No. 11– _____ (    )
                                         :
          Debtor.                        :
                                         :
Tax I.D. No. 51-0649441 (Inactive)       :
-----------------------------------------x
In re                                    :        Chapter 11
                                         :
DEB OF RHODE ISLAND, INC.,               :        Case No. 11– _____ (    )
                                         :
          Debtor.                        :
                                         :
Tax I.D. No. 05-0419362                  :
-----------------------------------------x
In re                                    :        Chapter 11
                                         :
DEB OF SOUTH CAROLINA, INC.,             :        Case No. 11– _____ (    )
                                         :
          Debtor.                        :
                                         :
Tax I.D. No. 23-2649451                  :
-----------------------------------------x
```

```
---------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
DEB OF SOUTH DAKOTA, INC.,             :    Case No. 11– _____ (    )
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 23-2517109                :
---------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
DEB OF TENNESSEE, INC.,                :    Case No. 11– _____ (    )
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 62-1261850                :
---------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
DEB OF TEXAS, INC.,                    :    Case No. 11– _____ (    )
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 75-2081523                :
---------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
DEB OF UTAH, INC.,                     :    Case No. 11– _____ (    )
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 23-2691619                :
---------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
DEB OF VERMONT, INC.,                  :    Case No. 11– _____ (    )
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 06-1625735                :
---------------------------------------x
```

```
-----------------------------------------x
                                         :
In re                                    :     Chapter 11
                                         :
DEB OF VIRGINIA, INC.,                   :     Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 62-1262145                  :
-----------------------------------------x
                                         :
In re                                    :     Chapter 11
                                         :
DEB OF WASHINGTON, INC.,                 :     Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 23-2546641                  :
-----------------------------------------x
                                         :
In re                                    :     Chapter 11
                                         :
DEB OF WEST VIRGINIA, INC.,              :     Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 31-1160463                  :
-----------------------------------------x
                                         :
In re                                    :     Chapter 11
                                         :
DEB OF WISCONSIN, INC.,                  :     Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 39-1540481                  :
-----------------------------------------x
                                         :
In re                                    :     Chapter 11
                                         :
DEB OF WYOMING, INC.,                    :     Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 91-2150863                  :
```

```
------------------------------------------------x
In re                                           :     Chapter 11
                                                :
DEB SHOPS, INC.,[2]                              :     Case No. 11– _____ (     )
                                                :
             Debtor.                            :
                                                :
Tax I.D. No. 23-1395111                         :
------------------------------------------------x
In re                                           :     Chapter 11
                                                :
DEB SHOPS OF ALABAMA, INC.,                      :     Case No. 11– _____ (     )
                                                :
             Debtor.                            :
                                                :
Tax I.D. No. 52-143851, (Inactive)              :
------------------------------------------------x
In re                                           :     Chapter 11
                                                :
DEB SHOPS OF ARIZONA, INC.,                      :     Case No. 11– _____ (     )
                                                :
             Debtor.                            :
                                                :
Tax I.D. No. 23-3011656                         :
------------------------------------------------x
In re                                           :     Chapter 11
                                                :
DEB SHOPS OF GEORGIA, INC.,                      :     Case No. 11– _____ (     )
                                                :
             Debtor.                            :
                                                :
Tax I.D. No. 52-1438762                         :
------------------------------------------------x
```

[2] This entity is incorporated in the State of New Jersey and holds federal tax identification number 23-1395111 ("Deb Shops, Inc. (NJ)").

```
------------------------------------------x
In re                                     :    Chapter 11
                                          :
DEB SHOPS OF IDAHO, INC.,                 :    Case No. 11– _____ (    )
                                          :
        Debtor.                           :
                                          :
Tax I.D. No. 23-2654575                   :
------------------------------------------x
In re                                     :    Chapter 11
                                          :
DEB SHOPS OF IOWA, INC.,                  :    Case No. 11– _____ (    )
                                          :
        Debtor.                           :
                                          :
Tax I.D. No. 52-1438561                   :
------------------------------------------x
In re                                     :    Chapter 11
                                          :
DEB SHOPS OF LOUISIANA, INC.,             :    Case No. 11– _____ (    )
                                          :
        Debtor.                           :
                                          :
Tax I.D. No. 72-1221040                   :
------------------------------------------x
In re                                     :    Chapter 11
                                          :
DEB SHOPS OF MARYLAND, INC.,              :    Case No. 11– _____ (    )
                                          :
        Debtor.                           :
                                          :
Tax I.D. No. 52-1438693                   :
------------------------------------------x
In re                                     :    Chapter 11
                                          :
DEB SHOPS OF MINNESOTA, INC.,             :    Case No. 11– _____ (    )
                                          :
        Debtor.                           :
                                          :
Tax I.D. No. 41-1547101                   :
------------------------------------------x
```

```
-----------------------------------------x
                                         :
In re                                    :    Chapter 11
                                         :
DEB SHOPS OF MISSOURI, INC.,             :    Case No. 11– _____ (    )
                                         :
              Debtor.                    :
                                         :
Tax I.D. No. 36-3417011                  :
-----------------------------------------x
                                         :
In re                                    :    Chapter 11
                                         :
DEB SHOPS OF NORTH CAROLINA, INC.,       :    Case No. 11– _____ (    )
                                         :
              Debtor.                    :
                                         :
Tax I.D. No. 62-1262149                  :
-----------------------------------------x
                                         :
In re                                    :    Chapter 11
                                         :
DEB SHOPS OF OHIO, INC.,                 :    Case No. 11– _____ (    )
                                         :
              Debtor.                    :
                                         :
Tax I.D. No. 34-1503382                  :
-----------------------------------------x
                                         :
In re                                    :    Chapter 11
                                         :
DEB SHOPS OF OKLAHOMA, INC.,             :    Case No. 11– _____ (    )
                                         :
              Debtor.                    :
                                         :
Tax I.D. No. 73-1266238                  :
-----------------------------------------x
```

```
---------------------------------------------x
In re                                        :     Chapter 11
                                             :
JOY SHOPS, INC.,[3]                          :     Case No. 11– _____ (    )
                                             :
          Debtor.                            :
                                             :
Tax I.D. No. 51-0272438                      :
---------------------------------------------x
In re                                        :     Chapter 11
                                             :
JOY SHOPS, INC.,[4]                          :     Case No. 11– _____ (    )
                                             :
          Debtor.                            :
                                             :
Tax I.D. No. 23-2231667                      :
---------------------------------------------x
In re                                        :     Chapter 11
                                             :
TOPS 'N BOTTOMS OF NEW YORK, INC.,           :     Case No. 11– _____ (    )
                                             :
          Debtor.                            :
                                             :
Tax I.D. No. 23-2598667                      :
---------------------------------------------x
In re                                        :     Chapter 11
                                             :
D.B. ROYALTY, INC.,                          :     Case No. 11– _____ (    )
                                             :
          Debtor.                            :
                                             :
Tax I.D. No. 51-0290530                      :
---------------------------------------------x
```

---

[3] There are two debtor entities named "Joy Shops, Inc.," one incorporated in the State of Delaware, and the other in the State of Pennsylvania. This entity is incorporated in the State of Delaware and holds federal tax identification number 51-0272438 ("Joy Shops, Inc. (DE)").

[4] This entity is incorporated in the State of Pennsylvania and holds federal tax identification number 23-2231667 ("Joy Shops, Inc. (PA)").

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES
1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, DSI Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), respectfully represent as follows:

**A.      Ownership of the Debtors' Equity Interests**

The following entities directly or indirectly own 10% or more of any class of any of the Debtors' equity interests:

1.      Lee DSI Holdings, LLC, which is not a Debtor, owns 87.09% of the equity interests of DSI Holdings, Inc.

2.      DSI Holdings, Inc. owns 100% of the equity interests of Deb Shops, Inc. (PA).

3.      Deb Shops, Inc. (PA) owns 100% of the equity interests of the following Debtors:

        a.      D.B. Interest, Inc.

        b.      D.B. Know, Inc.

        c.      Deb E-Commerce, Inc.

        d.      Deb Fashions of Florida, Inc.

        e.      Deb of Arkansas, Inc.

        f.      Deb of California, Inc.

        g.      Deb of Colorado, Inc.

        h.      Deb of Connecticut, Inc.

        i.      Deb of Delaware, Inc.

        j.      Deb of Illinois, Inc.

        k.      Deb of Indiana, Inc.

        l.      Deb of Kansas, Inc.

        m.      Deb of Kentucky, Inc.

n.  Deb of Maine, Inc.

o.  Deb of Massachusetts, Inc.

p.  Deb of Michigan, Inc.

q.  Deb of Montana, Inc.

r.  Deb of Nebraska, Inc.

s.  Deb of New Hampshire, Inc.

t.  Deb of New Jersey, Inc.

u.  Deb of New Mexico, Inc.

v.  Deb of New York, Inc.

w.  Deb of North Dakota, Inc.

x.  Deb of Oregon, Inc.

y.  Deb of Pennsylvania, Inc.

z.  Deb of Rhode Island, Inc.

aa.  Deb of South Carolina, Inc.

bb.  Deb of South Dakota, Inc.

cc.  Deb of Tennessee, Inc.

dd.  Deb of Texas, Inc.

ee.  Deb of Utah, Inc.

ff.  Deb of Vermont, Inc.

gg.  Deb of Virginia, Inc.

hh.  Deb of Washington, Inc.

ii.  Deb of West Virginia, Inc.

jj.  Deb of Wisconsin, Inc.

kk.  Deb of Wyoming, Inc.

ll. Deb Shops, Inc. (NJ)

mm. Deb Shops of Alabama, Inc.

nn. Deb Shops of Arizona, Inc.

oo. Deb Shops of Georgia, Inc.

pp. Deb Shops of Idaho, Inc.

qq. Deb Shops of Iowa, Inc.

rr. Deb Shops of Louisiana, Inc.

ss. Deb Shops of Maryland, Inc.

tt. Deb Shops of Minnesota, Inc.

uu. Deb Shops of Missouri, Inc.

vv. Deb Shops of North Carolina, Inc.

ww. Deb Shops of Ohio, Inc.

xx. Deb Shops of Oklahoma, Inc.

yy. Joy Shops, Inc. (DE)

zz. Joy Shops, Inc. (PA)

aaa. Tops 'N Bottoms of New York, Inc.

4. Joy Shops, Inc. (DE) owns 100% of the equity interests of D.B. Royalty, Inc.

**B.** **The Debtors' Ownership of 10% or More of Equity Interests in Publicly Traded Corporations and General or Limited Partnership or Joint Venture Interests**

1. No Debtor directly or indirectly owns 10% or more of any class of equity interests in any corporation whose securities are publicly traded.

2.    No Debtor owns an interest in any general or limited partnership or joint venture.

Dated: June 26, 2011
        Philadelphia, Pennsylvania


_____
Name:    Barry J. Susson
Title:     Assistant Treasurer of DSI Holdings, Inc.
           Senior Vice President and Chief Financial
           Officer of other Debtors (except for DSI
           Holdings, Inc.)