# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------x
                                               :
In re                                          :    Chapter 11
                                               :
DSI HOLDINGS, INC.,                            :    Case No. 11– _____ (    )
                                               :
        Debtor.                                :
                                               :
Tax I.D. No. 51-0649441                        :
-----------------------------------------------x
                                               :
In re                                          :    Chapter 11
                                               :
DEB SHOPS, INC.,¹                              :    Case No. 11– _____ (    )
                                               :
        Debtor.                                :
                                               :
Tax I.D. No. 23-1913593                        :
-----------------------------------------------x
                                               :
In re                                          :    Chapter 11
                                               :
D.B. INTEREST, INC.,                           :    Case No. 11– _____ (    )
                                               :
        Debtor.                                :
                                               :
Tax I.D. No. 23-2414614                        :
-----------------------------------------------x
                                               :
In re                                          :    Chapter 11
                                               :
D.B. KNOW, INC.,                               :    Case No. 11– _____ (    )
                                               :
        Debtor.                                :
                                               :
Tax I.D. No. 51-0348233 (Inactive)             :
-----------------------------------------------x
```

---

¹ There are two debtor entities named "Deb Shops, Inc.," one incorporated in the State of Pennsylvania, and the other in the State of New Jersey. This entity is incorporated in the State of Pennsylvania and holds federal tax identification number 23-1913593.

```
---------------------------------------x
                                       :
In re                                  :      Chapter 11
                                       :
DEB E-COMMERCE, INC.,                  :      Case No. 11–_____ (    )
                                       :
        Debtor.                        :
                                       :
Tax I.D. No. 7792-501-PA, 23-2846948   :
---------------------------------------x
                                       :
In re                                  :      Chapter 11
                                       :
DEB FASHIONS OF FLORIDA, INC.,         :      Case No. 11–_____ (    )
                                       :
        Debtor.                        :
                                       :
Tax I.D. No. 59-2738789 (Inactive)     :
---------------------------------------x
                                       :
In re                                  :      Chapter 11
                                       :
DEB OF ARKANSAS, INC.,                 :      Case No. 11–_____ (    )
                                       :
        Debtor.                        :
                                       :
Tax I.D. No. 52-1439052                :
---------------------------------------x
                                       :
In re                                  :      Chapter 11
                                       :
DEB OF CALIFORNIA, INC.,               :      Case No. 11–_____ (    )
                                       :
        Debtor.                        :
                                       :
Tax I.D. No. 23-2546639                :
---------------------------------------x
                                       :
In re                                  :      Chapter 11
                                       :
DEB OF COLORADO, INC.,                 :      Case No. 11–_____ (    )
                                       :
        Debtor.                        :
                                       :
Tax I.D. No. 52-1439078                :
---------------------------------------x
```

RLF1 4081817v. 1

```
--------------------------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
DEB OF CONNECTICUT, INC.,              :    Case No. 11– _____ (    )
                                       :
        Debtor.                        :
                                       :
Tax I.D. No. 06-1158275                :
--------------------------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
DEB OF DELAWARE, INC.,                 :    Case No. 11– _____ (    )
                                       :
        Debtor.                        :
                                       :
Tax I.D. No. 51-0290500                :
--------------------------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
DEB OF ILLINOIS, INC.,                 :    Case No. 11– _____ (    )
                                       :
        Debtor.                        :
                                       :
Tax I.D. No. 36-3414715                :
--------------------------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
DEB OF INDIANA, INC.,                  :    Case No. 11– _____ (    )
                                       :
        Debtor.                        :
                                       :
Tax I.D. No. 35-1663302                :
--------------------------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
DEB OF KANSAS, INC.,                   :    Case No. 11– _____ (    )
                                       :
        Debtor.                        :
                                       :
Tax I.D. No. 52-1438774                :
--------------------------------------------------------x
```

3

```
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
DEB OF KENTUCKY, INC.,                          :    Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 52-1439046                         :
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
DEB OF MAINE, INC.,                             :    Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 52-1439086                         :
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
DEB OF MASSACHUSETTS, INC.,                     :    Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 04-2901387                         :
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
DEB OF MICHIGAN, INC.,                          :    Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 38-2645454                         :
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
DEB OF MONTANA, INC.,                           :    Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 54-2191019                         :
------------------------------------------------x
```

RLF1 4081817v. 1

```
---------------------------------------------------x
                                                   :
In re                                              :     Chapter 11
                                                   :
DEB OF NEBRASKA, INC.,                             :     Case No. 11–_____  (     )
                                                   :
        Debtor.                                    :
                                                   :
Tax I.D. No. 93-0910655                            :
---------------------------------------------------x
                                                   :
In re                                              :     Chapter 11
                                                   :
DEB OF NEW HAMPSHIRE, INC.,                        :     Case No. 11–_____  (     )
                                                   :
        Debtor.                                    :
                                                   :
Tax I.D. No. 02-0395651                            :
---------------------------------------------------x
                                                   :
In re                                              :     Chapter 11
                                                   :
DEB OF NEW JERSEY, INC.,                           :     Case No. 11–_____  (     )
                                                   :
        Debtor.                                    :
                                                   :
Tax I.D. No. 27-0408875 (Inactive)                 :
---------------------------------------------------x
                                                   :
In re                                              :     Chapter 11
                                                   :
DEB OF NEW MEXICO, INC.,                           :     Case No. 11–_____  (     )
                                                   :
        Debtor.                                    :
                                                   :
Tax I.D. No. 23-2662538                            :
---------------------------------------------------x
                                                   :
In re                                              :     Chapter 11
                                                   :
DEB OF NEW YORK, INC.,                             :     Case No. 11–_____  (     )
                                                   :
        Debtor.                                    :
                                                   :
Tax I.D. No. 22-2673898                            :
---------------------------------------------------x
```

5

```
---------------------------------------x
                                       :
In re                                  :       Chapter 11
                                       :
DEB OF NORTH DAKOTA, INC.,             :       Case No. 11– _____ (    )
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 23-2546640                :
---------------------------------------x
                                       :
In re                                  :       Chapter 11
                                       :
DEB OF OREGON, INC.,                   :       Case No. 11– _____ (    )
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 23-2563731                :
---------------------------------------x
                                       :
In re                                  :       Chapter 11
                                       :
DEB OF PENNSYLVANIA, INC.,             :       Case No. 11– _____ (    )
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 51-0649441 (Inactive)     :
---------------------------------------x
                                       :
In re                                  :       Chapter 11
                                       :
DEB OF RHODE ISLAND, INC.,             :       Case No. 11– _____ (    )
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 05-0419362                :
---------------------------------------x
                                       :
In re                                  :       Chapter 11
                                       :
DEB OF SOUTH CAROLINA, INC.,           :       Case No. 11– _____ (    )
                                       :
            Debtor.                    :
                                       :
Tax I.D. No. 23-2649451                :
---------------------------------------x
```

RLF1 4081817v. 1

```
-----------------------------------------x
                                         :
In re                                    :     Chapter 11
                                         :
DEB OF SOUTH DAKOTA, INC.,               :     Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 23-2517109                  :
-----------------------------------------x
                                         :
In re                                    :     Chapter 11
                                         :
DEB OF TENNESSEE, INC.,                  :     Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 62-1261850                  :
-----------------------------------------x
                                         :
In re                                    :     Chapter 11
                                         :
DEB OF TEXAS, INC.,                      :     Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 75-2081523                  :
-----------------------------------------x
                                         :
In re                                    :     Chapter 11
                                         :
DEB OF UTAH, INC.,                       :     Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 23-2691619                  :
-----------------------------------------x
                                         :
In re                                    :     Chapter 11
                                         :
DEB OF VERMONT, INC.,                    :     Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 06-1625735                  :
-----------------------------------------x
```

RLFI 4081817v. 1

```
-----------------------------------------x
In re                                    :         Chapter 11
                                         :
DEB OF VIRGINIA, INC.,                   :         Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 62-1262145                  :
-----------------------------------------x
In re                                    :         Chapter 11
                                         :
DEB OF WASHINGTON, INC.,                 :         Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 23-2546641                  :
-----------------------------------------x
                                         :
In re                                    :         Chapter 11
                                         :
DEB OF WEST VIRGINIA, INC.,              :         Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 31-1160463                  :
-----------------------------------------x
                                         :
In re                                    :         Chapter 11
                                         :
DEB OF WISCONSIN, INC.,                  :         Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 39-1540481                  :
-----------------------------------------x
                                         :
In re                                    :         Chapter 11
                                         :
DEB OF WYOMING, INC.,                    :         Case No. 11– _____ (    )
                                         :
        Debtor.                          :
                                         :
Tax I.D. No. 91-2150863                  :
-----------------------------------------x
```

8

```
------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
DEB SHOPS, INC.,[2]                             :        Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 23-1395111                         :
------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
DEB SHOPS OF ALABAMA, INC.,                     :        Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 52-143851, (Inactive)              :
------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
DEB SHOPS OF ARIZONA, INC.,                     :        Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 23-3011656                         :
------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
DEB SHOPS OF GEORGIA, INC.,                     :        Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 52-1438762                         :
------------------------------------------------x
```

---

[2] This entity is incorporated in the State of New Jersey and holds federal tax identification number 23-1395111.

RLF1 4081817v. 1

```
-----------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
DEB SHOPS OF IDAHO, INC.,           :    Case No. 11– _____ (    )
                                    :
          Debtor.                   :
                                    :
Tax I.D. No. 23-2654575             :
-----------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
DEB SHOPS OF IOWA, INC.,            :    Case No. 11– _____ (    )
                                    :
          Debtor.                   :
                                    :
Tax I.D. No. 52-1438561             :
-----------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
DEB SHOPS OF LOUISIANA, INC.,       :    Case No. 11– _____ (    )
                                    :
          Debtor.                   :
                                    :
Tax I.D. No. 72-1221040             :
-----------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
DEB SHOPS OF MARYLAND, INC.,        :    Case No. 11– _____ (    )
                                    :
          Debtor.                   :
                                    :
Tax I.D. No. 52-1438693             :
-----------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
DEB SHOPS OF MINNESOTA, INC.,       :    Case No. 11– _____ (    )
                                    :
          Debtor.                   :
                                    :
Tax I.D. No. 41-1547101             :
-----------------------------------x
```

10

```
------------------------------------------------x
                                                :
In re                                           :   Chapter 11
                                                :
DEB SHOPS OF MISSOURI, INC.,                    :   Case No. 11– _____ (    )
                                                :
        Debtor.                                 :
                                                :
Tax I.D. No. 36-3417011                         :
------------------------------------------------x
                                                :
In re                                           :   Chapter 11
                                                :
DEB SHOPS OF NORTH CAROLINA, INC.,              :   Case No. 11– _____ (    )
                                                :
        Debtor.                                 :
                                                :
Tax I.D. No. 62-1262149                         :
------------------------------------------------x
                                                :
In re                                           :   Chapter 11
                                                :
DEB SHOPS OF OHIO, INC.,                        :   Case No. 11– _____ (    )
                                                :
        Debtor.                                 :
                                                :
Tax I.D. No. 34-1503382                         :
------------------------------------------------x
                                                :
In re                                           :   Chapter 11
                                                :
DEB SHOPS OF OKLAHOMA, INC.,                    :   Case No. 11– _____ (    )
                                                :
        Debtor.                                 :
                                                :
Tax I.D. No. 73-1266238                         :
------------------------------------------------x
```

RLF1 4081817v. 1

```
---------------------------------------------x
                                             :
In re                                        :      Chapter 11
                                             :
JOY SHOPS, INC.,³                            :      Case No. 11– _____ (      )
                                             :
            Debtor.                          :
                                             :
Tax I.D. No. 51-0272438                      :
---------------------------------------------x
                                             :
In re                                        :      Chapter 11
                                             :
JOY SHOPS, INC.,⁴                            :      Case No. 11– _____ (      )
                                             :
            Debtor.                          :
                                             :
Tax I.D. No. 23-2231667                      :
---------------------------------------------x
                                             :
In re                                        :      Chapter 11
                                             :
TOPS 'N BOTTOMS OF NEW YORK, INC.,           :      Case No. 11– _____ (      )
                                             :
            Debtor.                          :
                                             :
Tax I.D. No. 23-2598667                      :
---------------------------------------------x
                                             :
In re                                        :      Chapter 11
                                             :
D.B. ROYALTY, INC.,                          :      Case No. 11– _____ (      )
                                             :
            Debtor.                          :
                                             :
Tax I.D. No. 51-0290530                      :
---------------------------------------------x
```

---

³ There are two debtor entities named "Joy Shops, Inc.," one incorporated in the State of Delaware, and the other in the State of Pennsylvania. This entity is incorporated in the State of Delaware and holds federal tax identification number 51-0272438.

⁴ This entity is incorporated in the State of Pennsylvania and holds federal tax identification number 23-2231667.

12

## DEBTORS' MOTION REQUESTING JOINT
## ADMINISTRATION OF CHAPTER 11 CASES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

DSI Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession
(collectively, the "Debtors" or "DEB"), respectfully represent:

### Background

1.     On the date hereof (the "Commencement Date"), each of the Debtors
commenced a voluntary case under chapter 11 of title 11 of the United States Code (the
"Bankruptcy Code") in this Court.  The Debtors are authorized to operate their businesses and
manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the
Bankruptcy Code.

### Relief Requested

2.     The Debtors operate their business through 56 corporate entities, each of
which has commenced a chapter 11 case.  By this Motion, and pursuant to Rule 1015(b) of the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local
Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the
District of Delaware (the "Local Rules"), the Debtors request that the Court direct the joint
administration of these chapter 11 cases for procedural purposes only.  A proposed order is
attached hereto as Annex A.

### Jurisdiction and Venue

3.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.
§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper
before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

RLF1 4081817v. 1

### DEB's Business

4.    DEB is a specialty retail chain that operates 318 stores in the junior "fast fashion" market.  Additional information about the Debtors can be found in the *Declaration of Barry J. Susson in Support of the First-Day Motions and Applications*, (the "Susson Declaration") filed concurrently herewith.

### Basis for Relief Requested

5.    Bankruptcy Rule 1015(b) provides, in pertinent part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  The Debtors are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code.  11 U.S.C. §101(2).  Accordingly, the Court is authorized to consolidate these chapter 11 cases for procedural purposes.

6.    In addition, Rule 1015-1 of the Local Rules provides in relevant part as follows:

> An order of joint administration may be entered ... upon the filing of a motion for joint administration ... supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

Del. Bankr. L.R. 1015-1.

7.    Pursuant to Local Rule 1015-1, the Debtors have filed the Susson Declaration contemporaneously herewith.  The Susson Declaration establishes that the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden for the Court and the parties.

RLF1 4081817v. 1

8.     On the date hereof, the Debtors commenced the 56 chapter 11 cases referenced above by filing the appropriate petitions with this Court.  As set forth in the Susson Declaration, DEB operates an integrated, centrally-managed network of 318 women's specialty apparel retail stores in regional malls and strip shopping centers, principally located in the Eastern and Midwestern regions of the United States.  Each of the Debtors in these chapter 11 cases is an integral part of that nationwide platform and shares a centralized cash management system and other back-office type functions.  The Debtors share common management and vendors, their stores are operated by many of the same landlords, and they face identical issues in these chapter 11 cases.  Many of the motions, applications, and other pleadings filed in these chapter 11 cases will relate to relief sought by all of the Debtors.

9.     Given the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, as well as the Debtors' affiliation, joint administration of these cases is warranted.  Joint administration will avoid the preparation, replication, service, and filing, as applicable, of duplicative notices, applications and orders in each of the 56 Debtor cases, thereby saving the Debtors' estates considerable expense and resources.  The relief requested will not adversely affect creditors' rights, as this Motion requests only administrative, and not substantive, consolidation of the Debtors' estates.  Moreover, each creditor still may file its claim against a particular estate.  In fact, the substantial cost savings that will result from the joint administration of these cases will benefit all creditors.  The relief requested will also relieve the Court of the burden of entering duplicative orders and maintaining duplicative files and dockets.  In addition, joint administration will simplify the supervision by the United States Trustee for the District of Delaware (the "U.S. Trustee") of the administrative aspects of these chapter 11 cases.

RLF1 4081817v. 1

A single docket will make it easier for all parties in the chapter 11 cases to stay apprised of all the various matters before the Court.

10.     In this District, it is non-controversial that the Court may enter an order of joint administration in its sole discretion on an ex parte basis. See Del. Bankr. L.R. 1015-1. Moreover, courts in this District have routinely permitted the joint administration of affiliated debtors' complex chapter 11 cases for procedural purposes. See, e.g., In re Electrical Components Int'l, Inc., Case No. 10-11054 (KJC) (Bankr. D. Del. Apr. 1, 2010) [Docket No. 32]; In re Hawkeye Renewables, LLC, Case No. 09-14461 (KJC) (Bankr. D. Del. Dec. 22, 2009) [Docket No. 36]; In re Simmons Bedding Co., Case No. 09-14037 (MFW) (Bankr. D. Del. Nov. 17, 2009) [Docket No. 39]; In re Panolam Holdings Co., Case No. 09-13889 (MFW) (Bankr. D. Del. Nov. 5, 2009) [Docket No. 34]; In re NTK Holdings, Inc., Case No. 09-13611 (KJC) (Bankr. D. Del. Oct. 23, 2009) [Docket No. 36]; In re Magna Entm't Corp., Case No. 09-10720 (MFW) (Bankr. D. Del. Mar. 6, 2009) [Docket No. 26]; In re Aleris Intn'l. Inc., Case No. 09-10478 (BLS) (Bankr. D. Del. Feb. 13, 2009) [Docket No. 34]. Because of the voluminous nature of the unreported orders cited herein, the orders are not attached to this Motion. Copies of these orders will be made available upon request of Debtors' proposed counsel.

11.     Accordingly, the Debtors respectfully request that the Court modify the caption of their cases to reflect the joint administration of these chapter 11 cases as follows:

16

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                        :
In re                                   :      Chapter 11
                                        :
DSI HOLDINGS, INC., et al.,[1]          :      Case No. 11– _____ (   )
                                        :
        Debtors.                        :      (Jointly Administered)
                                        :
-------------------------------------------------------x
```

[1] The last four digits of DSI Holdings, Inc.'s federal tax identification number are 9441. The mailing address for DSI Holdings, Inc. is 9401 Blue Grass Road, Philadelphia, PA 19114. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at http://www.kccllc.net/debshops.

12.     The Debtors also seek the Court's direction that a notation substantially

similar to the following notation be made on the docket of each of the Debtors' cases to reflect

the joint administration of these cases

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of DSI Holdings, Inc., Deb Shops, Inc. (a Pennsylvania corporation), D.B. Interest, Inc., D.B. Know, Inc., Deb E-Commerce, Inc., Deb Fashions of Florida, Inc., Deb of Arkansas, Inc., Deb of California, Inc., Deb of Colorado, Inc., Deb of Connecticut, Inc., Deb of Delaware, Inc., Deb of Illinois, Inc., Deb of Indiana, Inc., Deb of Kansas, Inc., Deb of Kentucky, Inc., Deb of Maine, Inc., Deb of Massachusetts, Inc., Deb of Michigan, Inc., Deb of Montana, Inc., Deb of Nebraska, Inc., Deb of New Hampshire, Inc., Deb of New Jersey, Inc., Deb of New Mexico, Inc., Deb of New York, Inc., Deb of North Dakota, Inc., Deb of Oregon, Inc., Deb of Pennsylvania, Inc., Deb of Rhode Island, Inc., Deb of South Carolina, Inc., Deb of South Dakota, Inc., Deb of Tennessee, Inc., Deb of Texas, Inc., Deb of Utah, Inc., Deb of Vermont, Inc., Deb of Virginia, Inc., Deb of Washington, Inc., Deb of West Virginia, Inc., Deb of Wisconsin, Inc., Deb of Wyoming, Inc., Deb Shops, Inc. (a New Jersey corporation), Deb Shops of Alabama, Inc., Deb Shops of Arizona, Inc., Deb Shops of Georgia, Inc., Deb Shops of Idaho, Inc., Deb Shops of Iowa, Inc., Deb Shops of Louisiana, Inc., Deb Shops of Maryland, Inc., Deb Shops of Minnesota, Inc., Deb Shops of Missouri, Inc., Deb Shops of North Carolina, Inc., Deb Shops of Ohio, Inc., Deb Shops of Oklahoma, Inc., Joy Shops, Inc. (a Delaware corporation), Joy Shops, Inc. (a Pennsylvania corporation), and Tops 'N Bottoms of New York, Inc, and D.B. Royalty, Inc. The docket in **Case No. 11 -** _____ (   ) should be consulted for all matters affecting this case.

RLF1 4081817v. 1

13.     Finally, the Debtors seek authority to file the monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidating basis. Consolidating monthly operating reports will further administrative economy and efficiency without prejudicing any party in interest. Distributions will be provided on a per-entity basis.

14.     Based on the foregoing, the Debtors submit that the relief requested is necessary, appropriate, and in the best interest of their estates and creditors, and that the motion should be granted in all respects.

## Notice

15.     No trustee, examiner or creditors' committee has been appointed in these chapter 11 cases. The Debtors have provided notice of this Motion by facsimile and/or overnight mail to: (i) the Office of the U. S. Trustee; (ii) counsel to the agent for the first lien lenders and the Debtors' proposed postpetition lenders; (iii) counsel to Lee Equity Partners and their affiliates; (iv) the agent for the second lien lenders; (v) each of the Debtors' creditors holding the thirty largest unsecured claims (on a consolidated basis) and (vi) the Internal Revenue Service. As this Motion is seeking first-day relief, notice of this Motion and any order entered hereon will be served on all parties required by Del. Bankr. L.R. 9013-1(m). Due to the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, the Debtors respectfully submit that no further notice of this Motion is required.

## No Previous Request

16.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

RLF1 4081817v. 1

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as it deems just and proper.

Dated: June 26, 2011
      Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Michael F. Walsh (*pro hac vice* pending)
Stephen A. Youngman (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**Annex A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------x

| | |
|---|---|
| In re | :    Chapter 11 |
| | : |
| **DSI HOLDINGS, INC.,** | :    Case No. 11– _____ (   ) |
| | : |
|      Debtor. | : |
| | : |
| **Tax I.D. No. 51-0649441** | : |

------------------------------------------------x

| | |
|---|---|
| In re | :    Chapter 11 |
| | : |
| **DEB SHOPS, INC.,**[1] | :    Case No. 11– _____ (   ) |
| | : |
|      Debtor. | : |
| | : |
| **Tax I.D. No. 23-1913593** | : |

------------------------------------------------x

| | |
|---|---|
| In re | :    Chapter 11 |
| | : |
| **D.B. INTEREST, INC.,** | :    Case No. 11– _____ (   ) |
| | : |
|      Debtor. | : |
| | : |
| **Tax I.D. No. 23-2414614** | : |

------------------------------------------------x

| | |
|---|---|
| In re | :    Chapter 11 |
| | : |
| **D.B. KNOW, INC.,** | :    Case No. 11– _____ (   ) |
| | : |
|      Debtor. | : |
| | : |
| **Tax I.D. No. 51-0348233 (Inactive)** | : |

------------------------------------------------x

---

[1] There are two debtor entities named "Deb Shops, Inc.," one incorporated in the State of Pennsylvania, and the other in the State of New Jersey. This entity is incorporated in the State of Pennsylvania and holds federal tax identification number 23-1913593.

```
---------------------------------------------x
                                             :
In re                                        :      Chapter 11
                                             :
DEB E-COMMERCE, INC.,                        :      Case No. 11– _____  (    )
                                             :
         Debtor.                             :
                                             :
Tax I.D. No. 7792-501-PA, 23-2846948         :
---------------------------------------------x
                                             :
In re                                        :      Chapter 11
                                             :
DEB FASHIONS OF FLORIDA, INC.,               :      Case No. 11– _____  (    )
                                             :
         Debtor.                             :
                                             :
Tax I.D. No. 59-2738789 (Inactive)           :
---------------------------------------------x
                                             :
In re                                        :      Chapter 11
                                             :
DEB OF ARKANSAS, INC.,                       :      Case No. 11– _____  (    )
                                             :
         Debtor.                             :
                                             :
Tax I.D. No. 52-1439052                      :
---------------------------------------------x
                                             :
In re                                        :      Chapter 11
                                             :
DEB OF CALIFORNIA, INC.,                     :      Case No. 11– _____  (    )
                                             :
         Debtor.                             :
                                             :
Tax I.D. No. 23-2546639                      :
---------------------------------------------x
                                             :
In re                                        :      Chapter 11
                                             :
DEB OF COLORADO, INC.,                       :      Case No. 11– _____  (    )
                                             :
         Debtor.                             :
                                             :
Tax I.D. No. 52-1439078                      :
---------------------------------------------x
```

RLF1 4081817v. 1

```
-------------------------------------------x
                                           :
In re                                      :        Chapter 11
                                           :
DEB OF CONNECTICUT, INC.,                  :        Case No. 11–_____ (    )
                                           :
        Debtor.                            :
                                           :
Tax I.D. No. 06-1158275                    :
-------------------------------------------x
                                           :
In re                                      :        Chapter 11
                                           :
DEB OF DELAWARE, INC.,                     :        Case No. 11–_____ (    )
                                           :
        Debtor.                            :
                                           :
Tax I.D. No. 51-0290500                    :
-------------------------------------------x
                                           :
In re                                      :        Chapter 11
                                           :
DEB OF ILLINOIS, INC.,                     :        Case No. 11–_____ (    )
                                           :
        Debtor.                            :
                                           :
Tax I.D. No. 36-3414715                    :
-------------------------------------------x
                                           :
In re                                      :        Chapter 11
                                           :
DEB OF INDIANA, INC.,                      :        Case No. 11–_____ (    )
                                           :
        Debtor.                            :
                                           :
Tax I.D. No. 35-1663302                    :
-------------------------------------------x
                                           :
In re                                      :        Chapter 11
                                           :
DEB OF KANSAS, INC.,                       :        Case No. 11–_____ (    )
                                           :
        Debtor.                            :
                                           :
Tax I.D. No. 52-1438774                    :
-------------------------------------------x
```

```
-----------------------------------------------x
                                               :
In re                                          :         Chapter 11
                                               :
DEB OF KENTUCKY, INC.,                         :         Case No. 11–_____ (    )
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 52-1439046                        :
-----------------------------------------------x
                                               :
In re                                          :         Chapter 11
                                               :
DEB OF MAINE, INC.,                            :         Case No. 11–_____ (    )
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 52-1439086                        :
-----------------------------------------------x
                                               :
In re                                          :         Chapter 11
                                               :
DEB OF MASSACHUSETTS, INC.,                    :         Case No. 11–_____ (    )
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 04-2901387                        :
-----------------------------------------------x
                                               :
In re                                          :         Chapter 11
                                               :
DEB OF MICHIGAN, INC.,                         :         Case No. 11–_____ (    )
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 38-2645454                        :
-----------------------------------------------x
                                               :
In re                                          :         Chapter 11
                                               :
DEB OF MONTANA, INC.,                          :         Case No. 11–_____ (    )
                                               :
            Debtor.                            :
                                               :
Tax I.D. No. 54-2191019                        :
-----------------------------------------------x
```

RLF1 4081817v. 1

```
----------------------------------------x
                                        :
In re                                   :     Chapter 11
                                        :
DEB OF NEBRASKA, INC.,                  :     Case No. 11–_____ (    )
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 93-0910655                 :
----------------------------------------x
                                        :
In re                                   :     Chapter 11
                                        :
DEB OF NEW HAMPSHIRE, INC.,             :     Case No. 11–_____ (    )
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 02-0395651                 :
----------------------------------------x
                                        :
In re                                   :     Chapter 11
                                        :
DEB OF NEW JERSEY, INC.,                :     Case No. 11–_____ (    )
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 27-0408875 (Inactive)      :
----------------------------------------x
                                        :
In re                                   :     Chapter 11
                                        :
DEB OF NEW MEXICO, INC.,                :     Case No. 11–_____ (    )
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 23-2662538                 :
----------------------------------------x
                                        :
In re                                   :     Chapter 11
                                        :
DEB OF NEW YORK, INC.,                  :     Case No. 11–_____ (    )
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 22-2673898                 :
----------------------------------------x
```

5

```
-------------------------------------------------x
In re                                            :      Chapter 11
                                                 :
DEB OF NORTH DAKOTA, INC.,                       :      Case No. 11– _____ (    )
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. 23-2546640                          :
-------------------------------------------------x
In re                                            :      Chapter 11
                                                 :
DEB OF OREGON, INC.,                             :      Case No. 11– _____ (    )
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. 23-2563731                          :
-------------------------------------------------x
In re                                            :      Chapter 11
                                                 :
DEB OF PENNSYLVANIA, INC.,                       :      Case No. 11– _____ (    )
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. 51-0649441 (Inactive)               :
-------------------------------------------------x
In re                                            :      Chapter 11
                                                 :
DEB OF RHODE ISLAND, INC.,                       :      Case No. 11– _____ (    )
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. 05-0419362                          :
-------------------------------------------------x
In re                                            :      Chapter 11
                                                 :
DEB OF SOUTH CAROLINA, INC.,                     :      Case No. 11– _____ (    )
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. 23-2649451                          :
-------------------------------------------------x
```

RLF1 4081817v. 1

```
------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
DEB OF SOUTH DAKOTA, INC.,                       :       Case No. 11–_____ (    )
                                                :
        Debtor.                                  :
                                                :
Tax I.D. No. 23-2517109                          :
------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
DEB OF TENNESSEE, INC.,                          :       Case No. 11–_____ (    )
                                                :
        Debtor.                                  :
                                                :
Tax I.D. No. 62-1261850                          :
------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
DEB OF TEXAS, INC.,                              :       Case No. 11–_____ (    )
                                                :
        Debtor.                                  :
                                                :
Tax I.D. No. 75-2081523                          :
------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
DEB OF UTAH, INC.,                               :       Case No. 11–_____ (    )
                                                :
        Debtor.                                  :
                                                :
Tax I.D. No. 23-2691619                          :
------------------------------------------------x
                                                :
In re                                           :       Chapter 11
                                                :
DEB OF VERMONT, INC.,                            :       Case No. 11–_____ (    )
                                                :
        Debtor.                                  :
                                                :
Tax I.D. No. 06-1625735                          :
------------------------------------------------x
```

7

```
----------------------------------------x
In re                                    :          Chapter 11
                                         :
DEB OF VIRGINIA, INC.,                   :          Case No. 11–_____  (      )
                                         :
              Debtor.                    :
                                         :
Tax I.D. No. 62-1262145                  :
----------------------------------------x
In re                                    :          Chapter 11
                                         :
DEB OF WASHINGTON, INC.,                 :          Case No. 11–_____  (      )
                                         :
              Debtor.                    :
                                         :
Tax I.D. No. 23-2546641                  :
----------------------------------------x
In re                                    :          Chapter 11
                                         :
DEB OF WEST VIRGINIA, INC.,              :          Case No. 11–_____  (      )
                                         :
              Debtor.                    :
                                         :
Tax I.D. No. 31-1160463                  :
----------------------------------------x
In re                                    :          Chapter 11
                                         :
DEB OF WISCONSIN, INC.,                  :          Case No. 11–_____  (      )
                                         :
              Debtor.                    :
                                         :
Tax I.D. No. 39-1540481                  :
----------------------------------------x
In re                                    :          Chapter 11
                                         :
DEB OF WYOMING, INC.,                    :          Case No. 11–_____  (      )
                                         :
              Debtor.                    :
                                         :
Tax I.D. No. 91-2150863                  :
----------------------------------------x
```

8

```
-----------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
DEB SHOPS, INC.,[2]                     :    Case No. 11– _____ (     )
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 23-1395111                 :
-----------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
DEB SHOPS OF ALABAMA, INC.,             :    Case No. 11– _____ (     )
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 52-143851, (Inactive)      :
-----------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
DEB SHOPS OF ARIZONA, INC.,             :    Case No. 11– _____ (     )
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 23-3011656                 :
-----------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
DEB SHOPS OF GEORGIA, INC.,             :    Case No. 11– _____ (     )
                                        :
            Debtor.                     :
                                        :
Tax I.D. No. 52-1438762                 :
-----------------------------------------------------x
```

---

[2] This entity is incorporated in the State of New Jersey and holds federal tax identification number 23-1395111.

```
------------------------------------------------x
                                                :
In re                                           :     Chapter 11
                                                :
DEB SHOPS OF IDAHO, INC.,                        :     Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 23-2654575                          :
------------------------------------------------x
                                                :
In re                                           :     Chapter 11
                                                :
DEB SHOPS OF IOWA, INC.,                         :     Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 52-1438561                          :
------------------------------------------------x
                                                :
In re                                           :     Chapter 11
                                                :
DEB SHOPS OF LOUISIANA, INC.,                    :     Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 72-1221040                          :
------------------------------------------------x
                                                :
In re                                           :     Chapter 11
                                                :
DEB SHOPS OF MARYLAND, INC.,                     :     Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 52-1438693                          :
------------------------------------------------x
                                                :
In re                                           :     Chapter 11
                                                :
DEB SHOPS OF MINNESOTA, INC.,                    :     Case No. 11– _____ (    )
                                                :
            Debtor.                             :
                                                :
Tax I.D. No. 41-1547101                          :
------------------------------------------------x
```

10

```
-------------------------------------------x
                                           :
In re                                      :      Chapter 11
                                           :
DEB SHOPS OF MISSOURI, INC.,               :      Case No. 11– _____ (    )
                                           :
          Debtor.                          :
                                           :
Tax I.D. No. 36-3417011                    :
-------------------------------------------x
                                           :
In re                                      :      Chapter 11
                                           :
DEB SHOPS OF NORTH CAROLINA, INC.,         :      Case No. 11– _____ (    )
                                           :
          Debtor.                          :
                                           :
Tax I.D. No. 62-1262149                    :
-------------------------------------------x
                                           :
In re                                      :      Chapter 11
                                           :
DEB SHOPS OF OHIO, INC.,                   :      Case No. 11– _____ (    )
                                           :
          Debtor.                          :
                                           :
Tax I.D. No. 34-1503382                    :
-------------------------------------------x
                                           :
In re                                      :      Chapter 11
                                           :
DEB SHOPS OF OKLAHOMA, INC.,               :      Case No. 11– _____ (    )
                                           :
          Debtor.                          :
                                           :
Tax I.D. No. 73-1266238                    :
-------------------------------------------x
```

11

```
------------------------------------------------x
                                                :    Chapter 11
In re                                           :
                                                :    Case No. 11– _____  (    )
JOY SHOPS, INC.,³                               :
                                                :
         Debtor.                                :
                                                :
Tax I.D. No. 51-0272438                         :
------------------------------------------------x
                                                :    Chapter 11
In re                                           :
                                                :    Case No. 11– _____  (    )
JOY SHOPS, INC.,⁴                               :
                                                :
         Debtor.                                :
                                                :
Tax I.D. No. 23-2231667                         :
------------------------------------------------x
                                                :    Chapter 11
In re                                           :
                                                :    Case No. 11– _____  (    )
TOPS 'N BOTTOMS OF NEW YORK, INC.,              :
                                                :
         Debtor.                                :
                                                :
Tax I.D. No. 23-2598667                         :
------------------------------------------------x
                                                :    Chapter 11
In re                                           :
                                                :    Case No. 11– _____  (    )
D.B. ROYALTY, INC.,                             :
                                                :
         Debtor.                                :
                                                :
Tax I.D. No. 51-0290530                         :
------------------------------------------------x
```

---

³ There are two debtor entities named "Joy Shops, Inc.," one incorporated in the State of Delaware, and the other in the State of Pennsylvania. This entity is incorporated in the State of Delaware and holds federal tax identification number 51-0272438.

⁴ This entity is incorporated in the State of Pennsylvania and holds federal tax identification number 23-2231667.

12

# ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the Motion, dated June 26, 2011 (the "Motion"), of DSI Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors" or "DEB"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), requesting the joint administration of the Debtors' chapter 11 cases for procedural purposes only, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee for the District of Delaware, (ii) counsel to the agent for the first lien lenders and the Debtors' proposed postpetition lenders, (iii) counsel to Lee Equity Partners and their affiliates, (iv) the agent for the second lien lenders, (v) each of the Debtors' creditors holding the thirty largest unsecured claims (on a consolidated basis), and (vi) the Internal Revenue Service; and it appearing that no other or further notice need be provided; and this Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and the appearances of all interested parties having been noted in the record of the Hearing; and upon the *Declaration of Barry J. Susson in Support of First-Day Motions and Applications*, sworn to on June 26, 2011, the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in

RLF1 4081817v. 1

the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 11-_____ (     ); and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------------x
                                                :
**In re**                                       :     **Chapter 11**
                                                :
**DSI HOLDINGS, INC., et al.,**[1]              :     **Case No. 11– _____ (   )**
                                                :
        **Debtors.**                            :     **(Jointly Administered)**
                                                :
--------------------------------------------------------------x

[1] The last four digits of DSI Holdings, Inc.'s federal tax identification number are 9441. The mailing address for DSI Holdings, Inc. is 9401 Blue Grass Road, Philadelphia, PA 19114. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at http://www.kccllc.net/debshops.

; and it is further

ORDERED that a docket entry shall be made in each of Debtors' chapter 11 cases substantially as follows:

An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of DSI Holdings, Inc., Deb Shops, Inc. (a Pennsylvania corporation), D.B. Interest, Inc., D.B. Know, Inc., Deb E-Commerce, Inc., Deb Fashions of Florida, Inc., Deb of Arkansas, Inc., Deb of California, Inc., Deb of Colorado, Inc., Deb of Connecticut, Inc., Deb of Delaware, Inc., Deb of Illinois, Inc., Deb of Indiana, Inc., Deb of Kansas, Inc., Deb of Kentucky, Inc., Deb of Maine, Inc., Deb of Massachusetts, Inc., Deb of Michigan, Inc., Deb of Montana, Inc., Deb of Nebraska, Inc., Deb of New Hampshire, Inc., Deb of New Jersey, Inc., Deb of New Mexico, Inc., Deb of New York, Inc., Deb of North Dakota, Inc., Deb of Oregon, Inc., Deb of Pennsylvania, Inc., Deb of Rhode Island, Inc., Deb of South Carolina, Inc., Deb of South Dakota, Inc., Deb of Tennessee, Inc., Deb of Texas, Inc., Deb of Utah, Inc., Deb of Vermont, Inc., Deb of Virginia, Inc., Deb of Washington, Inc., Deb of West Virginia, Inc., Deb of Wisconsin, Inc., Deb of Wyoming, Inc., Deb Shops, Inc. (a New Jersey corporation), Deb Shops of Alabama, Inc., Deb Shops of Arizona, Inc., Deb Shops of Georgia, Inc., Deb Shops of Idaho, Inc., Deb Shops of Iowa, Inc., Deb Shops of Louisiana, Inc., Deb Shops of Maryland, Inc., Deb Shops of Minnesota, Inc., Deb Shops of Missouri, Inc., Deb Shops of North Carolina, Inc., Deb Shops of Ohio, Inc., Deb Shops of Oklahoma, Inc., Joy Shops, Inc. (a Delaware corporation), Joy Shops, Inc. (a Pennsylvania corporation), and Tops 'N Bottoms of New York, Inc, D.B. Royalty, Inc. The docket in **Case No. 11 -** _____ ( ) should be consulted for all matters affecting this case.

; and it is further

ORDERED that the Debtors shall be permitted to file their monthly operating reports required by the United States Trustee Operating Guidelines on a consolidating basis, with disbursements to be provided on a per-entity basis,

; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2011
      Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE